**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ROBERT DEMISON, III #1992445, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-155-JDK-KNM |
| | § | |
| LT. ZACHARY W. COTHRAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Robert Demison, III, an inmate of the Texas Department of Criminal Justice proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit alleging violations of his constitutional rights. The case was referred to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On May 1, 2026, the Magistrate Judge issued a Report recommending that the case be dismissed without prejudice as frivolous and for failure to state a claim upon which relief can be granted. Docket No. 6. A copy of this Report was sent to Plaintiff, who received the Report on May 12, 2026. Docket No. 8. However, Plaintiff did not file objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. This case is **DISMISSED** without prejudice. Any pending motions are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **9th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE